# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Kersch v. AstraZeneca Pharmaceuticals LP*, No. 2:18-cv-03159<br><br>*Rieder v. AstraZeneca Pharmaceuticals LP*, No.2:19-cv-00850 | Case No. 2:17-md-2789-CCC-MF (MDL 2789)<br><br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO EXCLUDE OPINION TESTIMONY FROM PLAINTIFFS' SPECIFIC CAUSATION EXPERTS UNDER FEDERAL RULE OF EVIDENCE 702

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned counsel for Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP and Merck Sharp & Dohme Corporation's (collectively, "Defendants") will move before United States District Court of the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order granting Defendants' Motion to Exclude Opinion Testimony from Plaintiffs' Specific Causation Experts Under Federal Rule of Evidence 702 (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants rely on the Memorandum of Law in Support of the Motion, the Certification of Gregory J. Hindy and the exhibits attached thereto, and any argument heard on the matter. Pursuant to Local Federal Civil Rule 7.1(e), a proposed form of Order is also submitted herewith.

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1, Defendants request oral argument be heard on this motion.

Dated:  October 15, 2021

**MCCARTER & ENGLISH, LLP**
*/s/ Gregory J. Hindy*
Gregory J. Hindy
Natalie H. Mantell
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652
(973) 622-4444
ghindy@mccarter.com
nmantell@mccarter.com

James J. Freebery
Makenzie Windfelder
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
jfreebery@mccarter.com
mwindfelder@mccarter.com

**ICE MILLER LLP**
*/s/ Amy K. Fisher*
Amy K. Fisher
Katherine D. Althoff
John A. Camp
One American Square, Ste. 2900
Indianapolis, IN  46281-0200
(317) 236-2100
Amy.Fisher@icemiller.com
Katherine.Althoff@icemiller.com
John.Camp@icemiller.com

*Attorneys for AstraZeneca Pharmaceuticals LP, AstraZeneca LP and Merck Sharp & Dohme Corporation*

**ARNOLD & PORTER**
**KAYE SCHOLER LLP**
*/s/ Arthur E. Brown*
Arthur E. Brown

2

                Matthew J. Douglas
                250 W. 55th Street
                New York, NY 10019-9710
                (212) 836-8000
                Arthur.Brown@arnoldporter.com
                Matthew.Douglas@arnoldporter.com

*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*